AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
David Paul Daniel

)
)
) Case: 1:23-mj-00309
) Assigned to: Judge Upadhyaya, Moxila A.
) Assign Date: 11/27/2023
) Description: COMPLAINT W/ ARREST WARRANT
)
)

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* David Paul Daniel,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

**This offense is briefly described as follows:**

18 U.S.C. § 111(a)(1) - Assaulting, Resisting, Opposing, Impeding, or Interfering with a Federal Law Enforcement Officer;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1) - Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(F) - Willfully and Knowingly Engaging in an Act of Physical Violence in the Grounds or any of the Capitol Buildings;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 11/27/2023

*Issuing officer's signature*

City and state: Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/27/2023, and the person was arrested on *(date)* 11/30/2023
at *(city and state)* Mint Hill, NC.

Date: 11/30/2023

*Arresting officer's signature*

Aaron Titus   Special Agent
*Printed name and title*