AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | | |
|---|---|---|
| United States of America<br>v.<br><br>David Paul Daniel<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>) | Case: 1:23-mj-00309<br>Assigned to: Judge Upadhyaya, Moxila A.<br>Assign Date: 11/27/2023<br>Description: COMPLAINT W/ ARREST WARRANT |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     David Paul Daniel     ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☒ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

**This offense is briefly described as follows:**

18 U.S.C. § 111(a)(1) - Assaulting, Resisting, Opposing, Impeding, or Interfering with a Federal Law Enforcement Officer;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1) - Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(F) - Willfully and Knowingly Engaging in an Act of Physical Violence in the Grounds or any of the Capitol Buildings;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:   11/27/2023

_____
*Issuing officer's signature*

City and state:     Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 11/27/2023 , and the person was arrested on *(date)* 11/30/2023<br>at *(city and state)* MINT HILL, NC .<br><br>Date: 11/30/2023     _____<br>                                          *Arresting officer's signature*<br><br>                                          AARON TITUS  SPECIAL AGENT<br>                                          *Printed name and title* |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>David Paul Daniel<br>▇▇▇▇▇▇▇▇▇<br><br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:23-mj-00309
Assigned to: Judge Upadhyaya, Moxila A.
Assign Date: 11/27/2023
Description: COMPLAINT W/ ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the _____ in the District of ____ Columbia ____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) - Assaulting, Resisting, Opposing, Impeding, or Interfering with a Federal Law Enforcement Officer,<br>18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder,<br>18 U.S.C. § 1752(a)(1) - Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,<br>18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,<br>18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds,<br>40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building,<br>40 U.S.C. § 5104(e)(2)(F) - Willfully and Knowingly Engaging in an Act of Physical Violence in the Grounds or any of the Capitol Buildings,<br>40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building. | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____ 11/27/2023 _____

_M.A. Upa_____
_Judge's signature_

City and state: _____ Washington, D.C. _____

Moxila A. Upadhyaya, U.S. Magistrate Judge
_Printed name and title_

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.
David Paul Daniel

Defendant

)
)
)
)
)
)

Case No.

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                    David Paul Daniel                    ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment          ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ☒ Complaint
❏ Probation Violation Petition          ❏ Supervised Release Violation Petition      ❏ Violation Notice      ❏ Order of the Court

**This offense is briefly described as follows:**

18 U.S.C. § 111(a)(1) - Assaulting, Resisting, Opposing, Impeding, or Interfering with a Federal Law Enforcement Officer;

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;

18 U.S.C. § 1752(a)(1) - Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;

18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;

18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;

40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;

40 U.S.C. § 5104(e)(2)(F) - Willfully and Knowingly Engaging in an Act of Physical Violence in the Grounds or any of the Capitol Buildings;

40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:     11/27/2023

_____
*Issuing officer's signature*

City and state:          Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|                                   |     |                                                   |
|-----------------------------------|-----|---------------------------------------------------|
|                                   |     | Case: 1:23-mj-00309                               |
|                                   |     | Assigned to: Judge Upadhyaya, Moxila A.          |
| **UNITED STATES OF AMERICA**      | :   | Assign Date: 11/27/2023                           |
|                                   | :   | Description: COMPLAINT W/ ARREST WARRANT          |
| **v.**                            | :   |                                                   |
|                                   | :   | **VIOLATIONS:**                                   |
| **DAVID PAUL DANIEL**             | :   |                                                   |
|                                   | :   | **18 U.S.C. § 111(a)(1) Assaulting, Resisting,**  |

UNITED STATES OF AMERICA      :

v.                            :

DAVID PAUL DANIEL             :

          **Defendant.**    :

Case: 1:23-mj-00309
Assigned to: Judge Upadhyaya, Moxila A.
Assign Date: 11/27/2023
Description: COMPLAINT W/ ARREST WARRANT

**VIOLATIONS:**

**18 U.S.C. § 111(a)(1) Assaulting, Resisting, Opposing, Impeding, or Interfering with Federal Law Enforcement Officer**
**18 U.S.C. § 231(a)(3) Obstruction of Law Enforcement During Civil Disorder**
**18 U.S.C. § 1752(a)(1) Entering and Remaining in a Restricted Building or Grounds**
**18 U.S.C. § 1752(a)(2) Disorderly and Disruptive Conduct in a Restricted Building or Grounds**
**18 U.S.C. § 1752(a)(4) Knowingly Engaging in any Act of Physical Violence Against any Person or Property in any Restricted Building or Grounds**
**40 U.S.C. § 5104(e)(2)(D) Disorderly Conduct in a Capitol Building**
**40 U.S.C. § 5104(e)(2)(F) Willfully and Knowingly Engaging in an Act of Physical Violence in the Grounds or any of the Capitol Buildings**
**40 U.S.C. § 5104(e)(2)(G) Parading, Demonstrating, or Picketing in a Capitol Building**

## ORDER

This matter having come before the Court pursuant to the application of the United States to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1

1.      IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the affidavit in support of criminal complaint and other related materials, the instant application to seal, and this Order are sealed until the arrest warrant is executed.

2.      IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrant until it is executed.

Date:    November 27, 2023

MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE

2

Case: 1:23-mj-00309
Assigned to: Judge Upadhyaya, Moxila A.
Assign Date: 11/27/2023
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

Your affiant, ███████████, is a Special Agent with the Federal Bureau of Investigation assigned to the Charlotte Field Office. In my duties as a Special Agent, I am assigned to the Joint Terrorism Task Force (JTTF) and involved in the investigation of both international and domestic terrorism. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The United States Capitol is secured twenty-four hours a day by U.S. Capitol Police. Restrictions around the Capitol include permanent security barriers, temporary security barriers, and posts manned by U.S. Capitol Police officers. Only authorized people with appropriate identification are allowed access inside the Capitol. On January 6, 2021, the Capitol and the exterior plaza of the Capitol were closed to members of the public.

On January 6, 2021, a Joint Session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The Joint Session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Michael Richard Pence was present and presiding, first in the Joint Session, and then in the Senate Chamber.

As the proceedings continued in both the House and the Senate, and with the Vice President present and presiding over the Senate, a large crowd gathered outside the Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the Capitol and its grounds, and U.S. Capitol Police officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

At such time, the Joint Session and certification proceedings were underway. The exterior doors and windows of the Capitol were locked or otherwise secured. No member of the public was allowed inside. U.S. Capitol Police officers attempted to maintain order and keep the crowd from entering the Capitol, but around 2:00 p.m., individuals in the crowd broke windows and assaulted U.S. Capitol Police officers. Others in the crowd encouraged and assisted those acts, and the rioters forced their way into the Capitol.

Shortly thereafter, at approximately 2:20 p.m. members of the House of Representatives and Senate—including the President of the Senate, Vice President Pence—were instructed to and did evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### *Actions of David Paul DANIEL on January 6, 2021*

In September of 2022, the FBI received a tip regarding the identity of an individual known as Insider 2843. The tip included the photo below and identified him as David Paul DANIEL of Charlotte, North Carolina.



***IMAGE 1:*** *A publicly available photograph[1] of an individual now known to be David Paul DANIEL as he appeared on January 6, 2021, on the restricted grounds of the U.S. Capitol.*

A review of U.S. Capitol Closed Circuit Video (CCV) shows that on January 6, 2021, David Paul DANIEL assaulted U.S. Capitol police officers that were attempting to keep the mob out of the Capitol. The first group of rioters overwhelmed numerous groups of U.S. Capitol police officers on the west side of the Capitol, eventually making their way up to an area known as the NW Courtyard. The rioters' first breach point, as described above, was at a location referred to as the Senate Wing Door. This door is a fire door only and is not a door that is ever used to allow the public, Congressional staff, or members of Congress access to the Capitol.

---

[1] https://archive.org/details/BdfaTxP9RYTGB9kpG



***IMAGE 2:*** *A cropped version of a publicly available rendering of the U.S. Capitol Grounds as they appeared on January 6, 2021. The fire door referred to as the Senate Wing Door is indicated by a red arrow within a red rounded rectangle.*

After the initial breach, USCP officers were able to stop the influx of rioters by approximately 2:27 p.m. Then, they attempted to secure the doorway and broken-out windows by placing small wooden structures in front of the door and the two windows flanking it. Over the next twenty minutes, rioters continued to make their way from the West Lawn up to the NW Courtyard. At about 2:29 p.m., rioters smashed the glass in the Senate Wing Door using pieces of lumber and other hard, sharp objects. The rioters then sprayed a chemical irritant through the

broken-out door window and assaulted the officers with what appear to be a strobe light and a high-power/high-lumen light beam.

At approximately 2:42 p.m., a rioter broke the door open once again, and at approximately 2:46 p.m., David Paul DANIEL moved to the front of the mob.

 

*IMAGES 3, 3a: (left) A screenshot from USCP CCV at approximately 2:46 p.m. showing David Paul DANIEL at the front of a group of rioters that are attempting to regain entry into the Capitol through the Senate Wing Door; and (right) a close-up of DANIEL.*

Approximately one minute later, DANIEL joined another rioter to his right in leading a violent push against the barricade and the officers attempting to hold it while other rioters swarm in behind them.

 

*IMAGES 4, 4a: (left) A screenshot from USCP CCV at approximately 2:47 p.m. showing David Paul DANIEL at the front of a group of rioters carrying out a violent reentry into the Capitol through the Senate Wing Door; and (right) a close-up of DANIEL.*

The group of USCP officers were able to hold the rioters for about another minute, but the force of the rioters pushing against the officers was eventually too much. DANIEL remained at the front of the group of rioters pushing against the USCP officers for the entire effort. He also appeared to have lost his grey beanie at some point during the assault.

 

*IMAGES 5, 5a: (left) A screenshot from USCP CCV at approximately 2:48 p.m. showing David Paul DANIEL, now without his hat, at the front of a group of rioters carrying out a violent reentry into the Capitol through the Senate Wing Door; and (right) a close-up of DANIEL.*

 

*IMAGES 6, 6a: (left) A screenshot from USCP CCV at approximately 2:48 p.m. showing David Paul DANIEL to the north of the Senate Wing Door after leading a group of rioters in their violent reentry into the Capitol through the Senate Wing Door; and (right) a close-up of DANIEL.*

DANIEL turned to the north as soon as the rioters succeeded in their violent breach of the Senate Wing Door. He appeared to have been hit with some sort of irritant as he kept his head down and rubbed his eyes. This is consistent with how he appears in IMAGE 1, above. At approximately 2:49 p.m., DANIEL climbed over a pile of broken furniture and out the broken-out window to the north of the Senate Wing Door.

 

*IMAGES 7, 7a: (left) A screenshot from USCP CCV at approximately 2:49 p.m. showing David Paul DANIEL climbing out of a broken-out window north of the Senate Wing Door after leading a group of rioters in their violent reentry into the Capitol; and (right) a close-up of DANIEL.*

DANIEL did not stay out of the Capitol. By approximately 2:59 p.m., he was back inside amongst the other rioters. DANIEL spent several moments walking around the perimeter of the area just inside the Senate Wing Door, often stopping to bend down and look on the ground.

 

***IMAGES 8, 8a:*** *(left) A screenshot from USCP CCV at approximately 2:59 p.m. showing David Paul DANIEL back inside the Capitol; and (right) a close-up of DANIEL.*



***IMAGE 9:*** *A screenshot from a publicly available video[2] showing DANIEL among the rioters inside the Capitol.*

DANIEL walked south down a corridor, through the Small House Rotunda, and at approximately 3:01 p.m., DANIEL entered the Capitol Crypt, a large circular room that sits

---

[2] https://archive.org/download/FQGuEaD3YZoLpJ4vn/Baked_Alaska_inside_the_U.mpeg4

directly below the Grand Rotunda.[3] After a few moments, he walked back north to the Senate Wing Door.

 

**IMAGES 10, 10a:** *(left) A screenshot from USCP CCV at approximately 3:01 p.m. showing David Paul DANIEL entering the Capitol Crypt; and (right) a close-up of DANIEL.*

DANIEL walked around the room near the Senate Wing Door.

 

**IMAGES 11, 11a:** *(left) A screenshot from USCP CCV at approximately 3:04 p.m. showing David Paul DANIEL back in the area near the Senate Wing Door; and (right) a close-up of DANIEL.*

At approximately 3:04 p.m., and about seventeen minutes after he led the violent push against USCP officers in the second breach of the Senate Wing Door, DANIEL left the Capitol by

---

[3] *See* Image 2, supra.

climbing through the same broken-out window to the north of the Senate Wing Door that he climbed out of at approximately 2:49 p.m.[4]

### *Identification*

A review of publicly available information and websites revealed that David Paul DANIEL has several social media accounts with no privacy settings. In several posts and videos from his accounts, DANIEL is seen wearing items that appear to be the same as the items he wore while at the Capitol on January 6, 2021.

"Vault Boy" Beanie[5]

In several publicly available photographs and videos, DANIEL is wearing a beanie with what appears to be a patch or embroidery of the animated character "Vault Boy" from the "Fallout" video game franchise. As discussed above, it appears that the beanie is lost as DANIEL leads the rioters in their push against the USCP officers at the Senate Wing Door (*see* Images 3a and 4a, *supra*). While it is unclear whether he eventually found it or procured a new one in some other manner, several videos and photos posted to DANIEL's public Instagram account after January 6, 2021, show him wearing what appears to be the same beanie.

---

[4] *See* Image 7, *supra*.

[5] AKA watch cap, knit cap, toboggan, or toque.

  

*IMAGES 12, 13, 14: (left) A cropping of a publicly available photograph[6] showing DANIEL in the grey Vault Boy beanie while at a rally in Washington, D.C.; (middle) a cropping of a screenshot from a publicly available video[7] showing DANIEL in the grey Vault Boy beanie while at a rally in Washington, D.C.; and (right) a cropping of a screenshot of a publicly available Parler video[8] showing DANIEL in the NW Courtyard of the Capitol, all three of which were captured prior to his assault of USCP officers and illegal entry into the Capitol.*

---

[6] https://www.facebook.com/photo.php?fbid=10224273802702881&set=pb.1537753098.-2207520000.&type=3

[7] https://archive.org/download/QssfKm58yETYaED5s/10000000_484182362567203_.mpeg4

[8] https://web.archive.org/web/submit?url=https://video.parler.com/C4/g9/C4g9sJ6u4Zzg.mp4

 

*IMAGES 15, 16: (left) A screenshot from a video posted to DANIEL's publicly available social media account showing him wearing a grey Vault Boy beanie; and (right) a screenshot from a video posted to DANIEL's publicly available social media account showing him wearing a grey Vault Boy beanie, both of which were posted to his account after January 6, 2021.*

<u>Brown Pants</u>

      The brown pants that DANIEL wore to the Capitol on January 6, 2021, also appear in a publicly available social media post.

  

*IMAGES 1, 6a, 17: (left) A publicly available photograph and (middle) a screenshot from USCP CCV showing DANIEL wearing brown pants at the Capitol on January 6, 2021; and (right) a screenshot from a video posted to DANIEL's publicly available social media account showing him wearing brown pants.*

FBI Surveillance

A surveillance team from FBI Charlotte were able to identify David Paul DANIEL's address of record through various sources, including a public records search and the address listed on his Department of Motor Vehicles record. The FBI had a surveillance team observe that address, and they observed an individual who appeared to match physical description of the individual captured in images taken from the U.S. Capitol on January 6, 2021 believed to be David Paul DANIEL.

### *Conclusion*

Based on the foregoing, your affiant submits that there is probable cause to believe that David Paul DANIEL violated 18 U.S.C. § 111(a)(1), which makes it a crime to forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated in 18 U.S.C. § 1114 as an officer or employee of the United States while engaged in or on account of the performance of official duties.

Your affiant submits there is probable cause to believe that David Paul DANIEL violated 18 U.S.C. § 231(a)(3), which makes it unlawful to commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function. For purposes of 18 U.S.C. § 231, a federally protected function means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof. This includes the Joint Session of Congress where the Senate and House count Electoral College votes.

Your affiant submits that there is probable cause to believe that David Paul DANIEL violated 18 U.S.C. §§ 1752(a)(1), (2), and (4), which make it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; and (4) knowingly engages in any act of physical violence against any person or property in any restricted building or grounds; or attempts or conspires to do so.  For purposes of 18 U.S.C. § 1752, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is probable cause to believe that David Paul DANIEL violated 40 U.S.C. §§ 5104(e)(2)(D), (F), and (G), which make it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either

House of Congress; (F) engage in an act of physical violence in the Grounds or any of the Capitol Buildings; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 27th day of November, 2023.

_____
MOXILA A. UPADHYAYA
U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
Western District of North Carolina

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No: 3:23−mj−00419−DCK |
| | ) | |
| David Paul Daniel | ) | Charging District's Case No: 1:23−mj−00309 |
| *Defendant* | ) | |
| | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the District of Columbia

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise − unless I am indicted − to determine whether there is probable cause to believe that an offense has been committed;

(5)     a hearing on any motion by the government for detention;

(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☐     an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: __ November 30, 2023 __

_____
*Defendant's Signature*

_____
*Signature of defendant's attorney (if any)*

Myra Cause
_____
*Printed name of defendant's attorney (if any)*

WDNC 199 (3/22) Order Setting Conditions of Release

# UNITED STATES DISTRICT COURT
## Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| **v.** | ) |
| | ) |
| David Paul Daniel | )     Case Number: 3:23−mj−00419−DCK |
| *Defendant* | ) |
| | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

    (1)  The defendant shall not commit any federal, state or local crime.

    (2)  The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

    (3)  The defendant shall live at a place approved by the probation officer. The probation officer shall be notified in advance of any change in living arrangements (such as location and the people with whom the defendant lives) or phone number. If advance notification is not possible due to unanticipated circumstances, the defendant shall notify the probation officer within 72 hours of becoming aware of a change or expected change.

## RELEASE ON PERSONAL RECONGNIZANCE OR UNSECURED BOND

It is further ordered that the defendant be released on condition that:

☑    (4)  The defendant promises to appear in court as required and, if convicted, surrender to serve any sentence imposed.

☑    (5)  The defendant executes an unsecured bond binding the defendant to pay to the United States the sum of <u>Twenty five thousand (unsecured)</u> ($<u>25,000</u>) in the event of a failure to appear as required or surrender to serve any sentence imposed.

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the Court finds the following are the least restrictive condition(s) necessary to reasonably assure the appearance of the person as required as the safety of any other person and the community.

It is further ordered that the defendant's release is subject to the conditions marked below:

☐ (6) The defendant is placed in the custody of _____, who resides at _____, phone number _____, who agrees (a) to supervise the defendant in accordance with all of the conditions of release, (b) to use every effort to assure the defendant's appearance at all scheduled court proceedings, and (c) to notify the Court immediately if the defendant violates any condition of release.

   ☐ The defendant is placed in the custody of this custodian for all purposes.

   ☐ The defendant is placed in the custody of this custodian for transportation purposes only.

By signing below, the third–party custodian acknowledges that failure to comply may subject him/her to adverse consequences.

_____    _____
Signature of Third–Party Custodian                                    Date

☑ (7) The defendant shall:

 ☑ (a) report to the probation office in a manner and frequency as directed by the Court or probation officer.

 ☑ (b) work full time (at least 30 hours per week) at lawful employment, actively seek such gainful employment or be enrolled in a full time educational or vocational program unless excused by the probation officer. The defendant shall notify the probation officer within 72 hours of any change regarding employment or education.

 ☑ (c) surrender any passport to the Office of Probation and Pretrial Services.

 ☑ (d) obtain no passport or other international travel document.

 ☑ (e) abide by the following restrictions on personal association, residence, or travel:

  The defendant shall not leave the federal judicial district where he/she is authorized to reside without first getting permission from the Court or the probation officer. Further, the defendant shall not communicate or interact with any person he/she knows is engaged in criminal activity.

  ☐ The defendant shall not communicate or interact with any person he/she knows to be convicted of a felony unless granted permission to do so by the probation officer.

  ☐ In addition to the Western District of North Carolina, the defendant may travel or reside in the following districts: _____.

 ☑ (f) avoid all contact, directly or indirectly, with any person who is or may become a victim or witness in the investigation or prosecution, including but not limited to: co–defendants, _____.

 ☐ (g) seek and obtain reasonable medical treatment as follows: _____, including taking all medications as prescribed by a licensed health care practitioner.

## ADDITIONAL CONDITIONS OF RELEASE

☐ (h) participate in a mental health evaluation and treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise the defendant's participation in the program (including, but not limited to provider, location, modality, duration, and intensity). The defendant shall take all mental health medications as prescribed by a licensed health care practitioner.

☐ (i) maintain residence at a halfway house or community corrections center, as the probation officer considers necessary.

☑ (j) not possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

☑ (k) refrain from `excessive` use of alcohol.

☑ (l) not unlawfully purchase, possess, use, distribute or administer any narcotic or controlled substance or any psychoactive substances (including, but not limited to, synthetic marijuana, bath salts) that impair a person's physical or mental functioning, whether or not intended for human consumption, or any paraphernalia related to such substances, except as duly prescribed by a licensed medical practitioner.

☑ (m) participate in a program of testing for prohibited substance abuse (if deemed advisable by the probation officer). The defendant shall not obstruct or attempt to obstruct or tamper, in any fashion, with the efficiency and accuracy of the testing.

   ☐ One positive drug screen requires that the defendant be returned to court.

☑ (n) participate in a substance abuse treatment program (if deemed advisable by the probation officer) and follow the rules and regulations of that program. The probation officer will supervise the defendant's participation in the program (including, but not limited to, provider, location, modality, duration, intensity).

☐ (o) attend and complete the substance abuse or treatment program located at _____. The defendant is to be released no later than _____ AM on _____. Upon his/her release from custody, the defendant shall be transported by the most direct means and way possible to this program. Upon successful completion of the program, the defendant shall:

   ☐ remain out of custody and report to the United States Probation Office as soon as possible so that further proceedings can be scheduled to determine if the defendant will be allowed to continue to be released pending further proceedings.

   ☐ be immediately returned to custody at a location as directed by the United States Marshals Service. The defendant is to be transported to such location by the most direct means and way possible.

   ☐ If the defendant fails to complete the program successfully, the defendant shall immediately be returned to custody.

   ☐ The defendant shall sign all waivers necessary to allow the probation officer to monitor the defendant's participation in the program.

## ADDITIONAL CONDITIONS OF RELEASE

☐  (p)  participate in the following location monitoring program component(s) and abide by its requirements as the probation officer instructs. For each component, the defendant shall maintain a telephone at the defendant's place of residence without any "call forwarding", "Caller ID services", "call waiting", dial–up computer modems, 1–800 long distance call block, fax machine, voice over protocol (VOIP), burglar alarm or three–way calling service. The location monitoring technology that will be used (i.e., Radio Frequency (RF), GPS, Voice Recognition, Mobile Biometric Application) is to be selected by the probation officer.

    ☐ The defendant shall submit to **curfew**, with location monitoring technology, and comply with its requirements as directed. During this time, the defendant is restricted to the defendant's residence between _____ and _____, or as directed by the probation officer.

    ☐ The defendant shall submit to **home detention**, with location monitoring technology, and comply with its requirements as directed. During this time, the defendant is restricted to the defendant's residence at all times except for employment; education; religious services; medical, substance abuse or mental health treatment; attorney visits; court appearances; court–ordered obligations; or other activities pre–approved by the probation officer.

    ☐ The defendant shall submit to **home incarceration**, with location monitoring technology, and comply with its requirements as directed. During this time, the defendant is restricted to the defendant's residence 24 hours a day except for medical necessities and court appearances, or other activities specifically approved by the Court.

    ☐ The defendant shall submit to **standalone monitoring**. The defendant will have no residential curfew, home detention or home incarceration restrictions. However, the defendant must comply with the location or travel restrictions as imposed by the Court. Standalone monitoring should be used in conjunction with global positioning system (GPS) technology.

    ☐ The probation office is allowed up to three (3) business days to install the location monitoring technology.

☐  (q)  pay the cost of location monitoring not to exceed the daily contractual rate. Payment for the location monitoring shall be made in accordance with the probation officer's direction.

☑  (r)  notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

☐  (s)  support all dependents including any dependent child, or any person the defendant has been court ordered to support.

☐  (t)  submit to a search if the probation officer has a reasonable suspicion that the defendant has committed a crime or a violation of a condition of supervision. Such a search may be conducted by a U.S. Probation Officer, and such other law enforcement personnel as the probation officer may deem advisable, without a warrant or the consent of the defendant. Such search may be of any place where evidence of the above may reasonably be expected to be found, including the defendant's person, property, house, residence, vehicle, communications or data storage devices or media, or office. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

☐  (u)  comply with the standard sex offender conditions and any optional conditions as ordered (see attachment).

☐  (v)  FOR SRV CASES: In addition to the conditions imposed herein, the defendant shall comply with any conditions of supervision previously imposed by the District Court. To the extent there is a conflict between the conditions, the District Court's conditions of supervised release shall control.

☑  (w)  Additional conditions of release: Contact USPO by telephone one time per week during the pendency of his case.
Defendant not to go to Washington, DC unless required for Court, Probation, or

Consultation with his attorney.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more − you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years − you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony − you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor − you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Charlotte, North Carolina
_____
*City and State*

### Directions to the United States Marshal

☑ The defendant is ORDERED released after processing.
☐ The defendant is ORDERED released after location monitoring is in place.
☐ The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions of release.

Date:   November 30, 2023

_____
David C. Keesler
United States Magistrate Judge

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

Case 1:23-mj-00309-MAU   Document 6   Filed 12/01/23   Page 26 of 29

# UNITED STATES DISTRICT COURT
## Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No: 3:23–mj–00419–DCK |
| **v.** | |
| David Paul Daniel | Charging District: District of Columbia |
| *Defendant* | Charging District's Case No: 1:23-mj-00309 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Remote hearing link below:<br>https://uscourts-dcd.zoomgov.com/j/1600140355?pwd=VTlkQ0ZEVmJOTVN3bmUwS05nZndZQT09 | Courtroom No.: |
|---|---|
| | Date and Time 12/7/2023 12:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: __ November 30, 2023 __

David C. Keesler
United States Magistrate Judge

CLOSED

# U.S. District Court
## Western District of North Carolina (Charlotte)
## CRIMINAL DOCKET FOR CASE #: 3:23-mj-00419-DCK All Defendants

Case title: USA v. Daniel

Date Filed: 11/30/2023

Date Terminated: 11/30/2023

Assigned to: US Magistrate Judge David
Keesler

**Defendant (1)**

**David Paul Daniel**
*TERMINATED: 11/30/2023*

represented by **Myra Cause**
Federal Defender's Office
129 West Trade Street, Suite 300
Charlotte, NC 28202
704-374-0720
Email: myra_cause@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**William R. Terpening**
Terpening Law PLLC
221 W. 11th Street
Charlotte, NC 28202
(980) 265-1700
Fax: (980) 265-1729
Email: terpening@terpeninglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:111(a)(1) - ASSAULTING, RESISTING, OPPOSING, IMPEDING, OR INTERFERING WITH A FEDERAL LAW ENFORCEMENT OFFICER. 18:231(a)(3) - OBSTRUCTION OF LAW ENFORCEMENT DURING CIVIL DISORDER, 18:1752(a)(1) - ENTERING OR REMAINING IN ANY RESTRICTED BUILDING OR GROUNDS WITHOUT LAWFUL AUTHORITY, 18:1752(a)(2) - DISORDERLY AND DISRUPTIVE CONDUCT IN A RESTRICTED BUILDING OR GROUDS, 18:1752(a)(4) - ENGAGING IN PHYSICAL VIOLENCE IN A RESTRICTED BUILDING OR GROUNDS, 40:5104(e)(2)(D) - DISORDERLY CONDUCT IN A CAPITOL BUILDING, 40:5104(e)(2)(F) - WILLFULLY AND KNOWINGLY ENGAGING IN AN ACT OF PHYSICAL VIOLENCE IN THE GROUNDS OR ANY OF THE CAPITOL BUILDINGS, 40:5104(e)(2)(G) - PARADING, DEMONSTRATING, OR PICKING IN A CAPITOL BUILDING | |

**Plaintiff**

**USA**                                      represented by  **Nick J. Miller**
                                                             DOJ-USAO
                                                             227 West Trade Street,
                                                             Carillon Building
                                                             Ste 1650
                                                             Charlotte, NC 28202
                                                             704-338-3157
                                                             Fax: 704-344-6629
                                                             Email: nick.miller@usdoj.gov
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/30/2023 | 1 | DISTRICT OF COLUMBIA SEALED Criminal Complaint as to David Paul Daniel (Attachments: # 1 Arrest Warrant, # 2 Sealing Order, # 3 Redacted Statement of Facts)(mga) (Attachment 1 replaced on 11/30/2023) (mga). (Entered: 11/30/2023) |

| 11/30/2023 | | Set/Reset Deadlines/Hearings as to David Paul Daniel: Initial Appearance - Rule 5 set for 11/30/2023 10:35 AM in Courtroom #1A, 401 W Trade St, Charlotte, NC 28202 before US Magistrate Judge David Keesler. (mga) (Entered: 11/30/2023) |
|---|---|---|
| 11/30/2023 | | ORAL MOTION to Unseal Case by USA as to David Paul Daniel. (mga) (Entered: 11/30/2023) |
| 11/30/2023 | | **ORAL ORDER granting Oral Motion to Unseal Case as to David Paul Daniel (1). Entered by US Magistrate Judge David Keesler on 11/30/23. (mga)** (Entered: 11/30/2023) |
| 11/30/2023 | | Arrest (Rule 5) of David Paul Daniel (mga) (Entered: 11/30/2023) |
| 11/30/2023 | | Minute Entry: INITIAL APPEARANCE in Rule 5(c)(3) Proceedings as to David Paul Daniel held before US Magistrate Judge David Keesler. Defendant advised of rights & charges. Defendant moved for appointment of counsel. Defendant filed a financial affidavit. Court approved appointment of counsel. Defendant waived identity hearing. Defendant ordered to appear in charging district. Government attorney: Myra Cauae. Defendant attorney: Nick Miller. Court Reporter: Digital Court Reporter. (mga) (Entered: 11/30/2023) |
| 11/30/2023 | 2 | CJA 23 (Ex Parte) Financial Affidavit by David Paul Daniel (mga) (Entered: 11/30/2023) |
| 11/30/2023 | | **ORAL ORDER APPOINTING FEDERAL DEFENDER as to David Paul Daniel. Myra Cause appointed to represent David Paul Daniel. Entered by US Magistrate Judge David Keesler on 11/30/23. (mga)** (Entered: 11/30/2023) |
| 11/30/2023 | 3 | **Appearance Bond Entered** *(Restricted)* **as to David Paul Daniel in amount of $ 25,000 unsecured. Signed by US Magistrate Judge David Keesler on 11/30/23. (mga)** (Entered: 11/30/2023) |
| 11/30/2023 | 4 | **ORDER** *(Restricted)* **Setting Conditions of Release as to David Paul Daniel (1) 25,000 unsecured. Signed by US Magistrate Judge David Keesler on 11/30/23. (mga)** (Entered: 11/30/2023) |
| 11/30/2023 | 5 | WAIVER of Rule 5(c)(3) Hearings by David Paul Daniel (mga) (Entered: 11/30/2023) |
| 11/30/2023 | 6 | **ORDER holding defendant to answer and to appear in district of prosecution or district having Probation Jurisdiction as to David Paul Daniel. Signed by US Magistrate Judge David Keesler on 11/30/23. (mga)** (Main Document 6 replaced on 11/30/2023) (mga). (Entered: 11/30/2023) |
| 11/30/2023 | | Rule 5(c)(3) Documents Emailed to District of Columbia as to David Paul Daniel (mga) (Entered: 11/30/2023) |
| 11/30/2023 | | Notice to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to David Paul Daniel. Your case number is: 1:23-mj-00309. Using your PACER account, you may retrieve the docket sheet and documents. (Documents: 5 Waiver of Rule 5(c)(3) Hearings, 1 Miscellaneous Filing, 6 Order Rule 5 Bond Release, 4 Order Setting Conditions of Release, 2 Financial Affidavit - CJA23, 3 Bond ) (*If you wish to designate a different email address for future transfers, send a request to InterDistrictTransfer_TXND@txnd.uscourts.gov.*) (mga) (Entered: 11/30/2023) |
| 12/01/2023 | | **CJA 20 as to David Paul Daniel: Appointment of Attorney William R. Terpening for David Paul Daniel. (Click on this link to obtain the** CJA 19 Notice to Appointed Counsel of Public Disclosure of Attorney Fee Information**) (brl)** (Entered: 12/01/2023) |
| 12/01/2023 | 8 | Original Notice Regarding US Passport *(Sealed - Attorney)* as to David Paul Daniel; (available to: USA, David Paul Daniel) (Rodrick Burnette - me) (Entered: 12/01/2023) |